NEW ENGLAND TRAWLER EQUIPMENT CO. v. ONE MODEL D TRAWLER WINCH AND APPURTENANCES et al.

No. 559.

District Court, D. Massachusetts.

Oct. 10, 1933.

Abbott, Drew, Rogerson & Carr, of Boston, Mass., for libelant.

Burnham, Bingham, Pillsbury, Dana & Gould, of Boston, Mass., for petitioner Westerbeke Fishing Gear Co., Inc.

George E. Mears (of Thompson, Spring & Mears), of Boston, Mass., for petitioner Ruby A. Story, administratrix.

S. M. Whalen, of Boston, Mass., for respondent.

LOWELL, District Judge.

Question of jurisdiction.

The owner of a winch sold on conditional sale to the motor vessel Donald seeks pos-

628

session of the winch on the ground that the required payments have not been made. This is a question on which there is apparently very little authority, but I am of the opinion that as it relates to the possession of a chattel which by use has become maritime, this court has jurisdiction. Five Hundred and Twenty-Eight Pieces of Mahogany, 2 Lowell, 323, Fed. Cas. No. 4,845; The Blairmore I. (C. C. A.) 10 F.(2d) 35, 37.

Whether the libel is in proper form is another question.